THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM WILLSON

    Plaintiff

v.                    3:10-CV-1376
                    (JUDGE MARIANI)

THOMAS YERKE, et al.,

    Defendants

## ORDER

AND NOW, THIS 23rd DAY OF DECEMBER 2013, upon *de novo* review of Judge Mehalchick's Report & Recommendation ("R&R") (Doc. 87), and upon consideration of Defendants' Objections (Doc. 88) thereto and all accompanying briefs (Docs. 92, 93, 95) and Defendants' Motion for Summary Judgment (Doc. 71) and all accompanying briefs (Docs. 73, 76, 80), **IT IS HEREBY ORDERED THAT:**

1. Defendants' Objections (Doc. 88) are **SUSTAINED**.

2. Judge Mehalchick's R&R (Doc. 87) is **ADOPTED IN PART AND REJECTED IN PART**.

    a. The Court **ADOPTS** the portions of the R&R that recommend dismissing as time-barred Plaintiff's False Light – Invasion of Privacy claim and all facts arising before July 2, 2008 in support of Plaintiff's constitutional claims.

b. The Court **REJECTS** the portions of the R&R that recommend denying Defendants summary judgment on Plaintiff's Substantive Due Process and First Amendment Retaliation claims.

3. Defendants' Motion for Summary Judgment (Doc. 71) is **GRANTED** on Plaintiff's False Light - Invasion of Privacy, Substantive Due Process, and First Amendment Retaliation claims.

4. **JUDGMENT IS ENTERED IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF.**

5. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge